

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00840-CR

**IN RE** Matthew T**. JOINER**,

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

The Declaration of Matthew Joiner is hereby DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court